**DISMISS; Opinion Filed July 9, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00305-CV

### YOLANDA ANN GONZALES, Appellant
### V.
### JAMES CULLAR, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-00547-B**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Brown
Opinion by Justice Lang

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated March 7, 2014, we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated March 7, 2014, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letter dated April 16, 2014, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation that she had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of

this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).



 /Douglas S. Lang/
 DOUGLAS S. LANG
140305F.P05 JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

YOLANDA ANN GONZALES, Appellant

No. 05-14-00305-CV V.

JAMES CULLAR, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-14-00547-B.
Opinion delivered by Justice Lang. Justices Myers and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee JAMES CULLAR recover his costs of this appeal from appellant YOLANDA ANN GONZALES.

Judgment entered this 9th day of July, 2014.

–3–